Patricia GODFREY; John F. Godfrey,
Plaintiffs—Appellants,

v.

DAVIE COUNTY, NORTH CAROLINA,
all unknown persons or agents; Cindy
Justice, Social Worker; Malissa Hill,
Social Worker; Davie County Depart-
ment of Social Services, Mocksville,
North Carolina, Defendants—Appel-
lees.

No. 04–1846.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 16, 2004.

Decided Sept. 21, 2004.

Patricia Godfrey, John F. Godfrey, Ap-
pellants pro se.

Before LUTTIG, KING, and DUNCAN,
Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

John and Patricia Godfrey appeal the
district court's order accepting the recom-
mendation of the magistrate judge and
dismissing without prejudice their civil ac-
tion. We have reviewed the record and
find no reversible error. Accordingly, we
affirm for the reasons stated by the dis-

trict court. See Godfrey v. Davie County,
No. CA–04–719–7 (D.S.C. filed June 4 &
entered June 7, 2004). We dispense with
oral argument because the facts and legal
contentions are adequately presented in
the materials before the court and argu-
ment would not aid the decisional process.

*AFFIRMED*